IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ANGEL RIVERA, #285 465, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO. 2:20-CV-110-RAH-JTA |
| | ) |
| WARDEN CROW, et al., | ) |
| | ) |
| Defendants. | ) |

**O R D E R**

This case is before the Court on a Recommendation of the Magistrate Judge entered on July 18, 2022. (Doc. 38.) There being no timely objections filed to the Recommendation, and after an independent review of the file, the Recommendation is ADOPTED, and it is hereby

ORDERED that this case is DISMISSED without prejudice.

Final Judgment will be entered separately.

DONE, on this the 9th day of August, 2022.

      /s/ R. Austin Huffaker, Jr.
      R. AUSTIN HUFFAKER, JR.
      UNITED STATES DISTRICT JUDGE